UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cr-139-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| SIDNEY STANTON HANSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Accept Early Payment of Fine and Restitution. (Doc. No. 8). Upon consideration of the motion and the entire record of this case, the Court finds that such early payment is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the parties' joint motion is **GRANTED**. Pre-judgment restitution payments totaling approximately $885,201.89 in funds will be accepted by the Clerk of Court in this case, and the funds will be deposited by the Clerk in an interest-bearing account and held for disbursement upon further order of this Court.

Signed: June 2, 2010

Robert J. Conrad, Jr.
Chief United States District Judge