UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CR-139-RJC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING ADMISSION** |
| | ) | *PRO HAC VICE* |
| SIDNEY STANTON HANSON, | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 46) concerning Joy L. Doss filed May 17, 2011. Ms. Doss seeks to appear as counsel *pro hac vice* for Movant Isabel N. Deal.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Doss is admitted to appear before this court *pro hac vice* on behalf of Movant Isabel N. Deal.

**SO ORDERED**.

Signed: May 31, 2011

David C. Keesler
United States Magistrate Judge