UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CR-139-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING ADMISSION |
| | ) | *PRO HAC VICE* |
| SIDNEY STANTON HANSON, | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 45) concerning Jason R. Doss filed May 17, 2011. Mr. Doss seeks to appear as counsel *pro hac vice* for Movant Isabel N. Deal.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Doss is admitted to appear before this court *pro hac vice* on behalf of Movant Isabel N. Deal.

**SO ORDERED**.

Signed: May 31, 2011

David C. Keesler
United States Magistrate Judge