UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 3:09CR139-RJC |
| ) | |
| SIDNEY S. HANSON. ) | |
| _____ ) | |

**ORDER DISMISSING PROPERTY FROM ORDER OF FORFEITURE**

THIS MATTER is before the Court on the Government's Motion to Dismiss Property from Order of Forfeiture (Doc. 64). For the reasons set forth in the Government's Motion, this Court ORDERS that the following property is hereby dismissed from the Order (Doc. 19):

> Funds, monetary instruments, and metals, of an approximate value of at least $1,823,411.29, held for the benefit of Defendant Hanson or Dynasty Growth Fund, and in the possession or under the control of Kitco, a Canadian company that lists addresses at 620 Cathcart, Suite 900, Montreal, Quebec H3B 1M1, Canada and 64 Lake Street, Suite 101, Rouses Point, NY 12979.

Signed: October 19, 2012

Robert J. Conrad, Jr.
Chief United States District Judge