UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-139

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>SIDNEY STANTON HANSON,<br>        Defendant. | **ORDER FOR DISBURSEMENT<br>OF RESTITUTION** |

**THIS MATTER** is before the Court on the government's Motion for Disbursement of Restitution. (Doc. No. 73).

The Court previously approved the acceptance of pre-judgment restitution payments by the Clerk of Court. (Doc. Nos. 20, 61: Orders). Those funds were to be held for disbursement upon further order of the Court. (Id.). On November 15, 2012, the Court entered its amended Judgment directing that the defendant pay resitution in certain amounts to certain victims. (Doc. No. 72).

**IT IS, THEREFORE, ORDERED** that the government's Motion for Disbursement of Restituion (Doc. No. 73) is **GRANTED**, and the Clerk is directed to disburse pre-judgment restitution payments pursuant to the amended Judgment (Doc. No. 72).

Signed: November 26, 2012

Robert J. Conrad, Jr.
Chief United States District Judge