IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:09CR139 |
| | ) | (Financial Litigation Unit) |
| SIDNEY S. HANSON. | ) | |

**O R D E R**

A motion having been duly brought before this Court by the United States of America for an order to amend the Writ of Continuing Garnishment entered on February 21, 2013 to correct the entity named in said Writ, and the Court having considered the same, the Court finds that the Writ of Continuing Garnishment shall be amended in this matter.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment entered on February 21, 2013 (Docket No. 78) is hereby amended to reflect the correct entity name of the Garnishee, Union Carbide Employees' Pension Plan.

Signed: April 26, 2013

David C. Keesler
United States Magistrate Judge