IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:09-CR-139 |
| | ) | (Financial Litigation Unit) |
| SIDNEY HANSON, | ) | |
| Defendant. | ) | |

## **ORDER**

Upon Motion to Quash Writ of Continuing Garnishment of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, based upon information provided by the Union Carbide Employees Pension Fund, that the Defendant does not receive payments from which the garnishee may garnish.

This Court Orders the Writ of Continuing Garnishment **QUASHED**.

Signed: August 4, 2014

David C. Keesler
United States Magistrate Judge