IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. DNCW309CR000139 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| SIDNEY S. HANSON. | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Quash Writ Of Execution" (Document No. 98) filed August 27, 2015. Having carefully considered the motion, for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Quash Writ Of Execution" (Document No. 98) against Defendant, Sidney S. Hanson, and Union Carbide Employees' Pension Plan, is **QUASHED**.

**SO ORDERED**.

Signed: September 1, 2015

David C. Keesler
United States Magistrate Judge