IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00139-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SIDNEY S. HANSON | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by Section 603(b) of the First Step Act of 2018. (Doc. No. 102).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Reduction in Sentence within thirty (30) days of the entry of this Order.

Signed: November 14, 2019

Robert J. Conrad, Jr.
United States District Judge