# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:09-CR-139-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SIDNEY S. HANSON, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Sidney Hanson Pro Se Motion To Seal Certain Documents Attached As Exhibits To His Motion For Emergency Compassionate Release" (Document No. 110) filed December 28, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as *pro se* Defendant's Motion for Compassionate Release contains sensitive and private information that is inappropriate for public access, including personal medical information. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Sidney Hanson Pro Se Motion To Seal Certain Documents Attached As Exhibits To His Motion For Emergency Compassionate Release" (Document No. 110) is **GRANTED**, and the Motion for Compassionate Release (Document No. 108) is sealed until further Order of this Court.

Signed: December 30, 2020

David C. Keesler
United States Magistrate Judge